IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCHOOL DISTRICT OF PHILADELPHIA | : : : | CIVIL ACTION NO. 14-4910 |
| v. | : : | |
| ROBERT KIRSCH and KAREN MISHER, Parents of A.K., a minor | : | |
| SCHOOL DISTRICT OF PHILADELPHIA | : : : | CIVIL ACTION NO. 14-4911 |
| v. | : : | |
| ROBERT KIRSCH and KAREN MISHER, Parents of N.K., a minor | : | |

## ORDER

AND NOW, this 1st day of June, 2016, upon consideration of the report and recommendation of Magistrate Judge Carol Sandra Moore Wells, Dkt. No. 42, the objections of plaintiff the School District of Philadelphia, Dkt. No. 43, and the response of defendants Robert Kirsch and Karen Misher, Dkt. No. 45, it is ORDERED that:

1) plaintiff's objections are OVERRULED and the report and recommendation is APPROVED and ADOPTED;

2) Defendants' motion for entry of judgment, Dkt. No. 33, is GRANTED; and

3) JUDGMENT IS ENTERED in favor of defendants Robert Kirsch and Karen Mischer and against plaintiff the School District of Philadelphia in the amount of $227,788.68.  Defendants shall repay to Alan and Patricia Misher $110,000.00 out of the judgment awarded to them.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.