IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCHOOL DISTRICT OF PHILADELPHIA | : : : | CIVIL ACTION NO. 14-4910 |
| v. | : : | |
| ROBERT KIRSCH and KAREN MISHER, Parents of A.K., a minor | : | |
| SCHOOL DISTRICT OF PHILADELPHIA | : : : | CIVIL ACTION NO. 14-4911 |
| v. | : : | |
| ROBERT KIRSCH and KAREN MISHER, Parents of N.K., a minor | : | |

**ORDER**

AND NOW, this 6th day of October, 2016, upon consideration of motions by plaintiff the School District of Philadelphia to stay execution pending appeal, Civ. A. 14-4910, Dkt. No. 52 and Civ. A. 14-4911, Dkt. No. 40, and the responses thereto of defendants Robert Kirsch and Karen Miser, parents of A.K. and N.K. Civ. A. 14-4910, Dkt. No. 55 and Civ. A. 14-4911, Dkt. No. 43, and consistent with the accompanying memorandum of law, it is ORDERED that plaintiff's motions are DENIED.

              *s/Thomas N. O'Neill, Jr.*
              THOMAS N. O'NEILL, JR., J.